UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEOPOLDO CARDENAS,<br><br>                Petitioner,<br><br>    v.<br><br>PAT GLEBE,<br><br>                Respondent. | Case No. C08-5774RBL<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

The Court, having reviewed the report and recommendation, Plaintiff's application to proceed in forma pauperis and the remaining record, hereby finds and ORDERS:

(1) the Magistrate Judge's report and recommendation is approved and adopted;

(2) Petitioner's application to proceed in forma pauperis is DENIED.

(3) The **Clerk** is directed to send directed to send copies of this Order to Plaintiff and any other party that has appeared in this action.

DATED this 23rd day of February, 2009.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1