# United States District Court

WESTERN DISTRICT OF WASHINGTON

Leopoldo Cardenas

       v.

Pat Glebe

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5774RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation; and

2. The petition for writ of habeas corpus is DENIED.


    June 29, 2009                                       BRUCE RIFKIN
                                                                      Clerk

                                                            */s/ Jennie L. Patton*
                                                                 Deputy Clerk